425 A.2d 28

Commonwealth ex rel. Dietrich v. Joan
Dietrich, Appellant.

Commonwealth ex rel. Dietrich v. Dietrich.

Appeal of George DIETRICH.

Argued June 19, 1979. Mark A. Peleak, for appellant; Clement Kisailus, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order of the lower court affirmed.

425 A.2d 28

Blichasze v. Easton Jr. et al., Appellant.

Argued September 11, 1979. Henry J. Lotto, for appellant; Charles A. J. Halpin, III, for appellee.

Before CERCONE, P. J. and WATKINS and HOFFMAN, JJ.

Order affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.